**Memorandum Opinion Issued June 2, 2026.**



In The

# Fifteenth Court of Appeals

————————

NO. 15-26-00108-CV

————————

## IN RE SOCKET SOLUTIONS, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
Business Court Division 11B
Harris County, Texas
Trial Court Cause No. 26-BC11B-0042

---

## MEMORANDUM OPINION

This Court has considered Relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, Relator's petition for writ of mandamus is denied. Relator's request for emergency temporary relief is dismissed as moot. We lift the administrative stay issued on May 15, 2026.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.